No. 85–5388.   MILLER *v.* ELROD, SHERIFF, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5389.   GAY *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–5393.   EARL *v.* ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.   C. A. 7th Cir.   Certiorari denied.

No. 85–5395.   FOWLER *v.* SOUTHEAST TOYOTA DISTRIBUTORS, INC., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5397.   WILLIAMS *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 85–5398.   MILLER *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 85–5399.   YOUNG *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5402.   GRADY *v.* MISSOURI.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 85–5403.   HANDLEY ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–5405.   AMES *v.* ALASKA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–5406.   DUPREE *v.* CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 85–5412.   McDONALD *v.* TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.